# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2005

128849

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                 SC: 128849
                                 COA: 259955

JAMES RICHARD AYRE,
      Defendant-Appellant.

                                 Midland CC: 03-001575-FH

_____/

      On order of the Court, the application for leave to appeal the May 12, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would remand this case to the trial court to allow defendant to withdraw his plea.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2005

_____
                     Clerk

p1208